SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>David M. Zive, et al,<br><br>        Defendants | Case No. **2:08-cv-02132-WBS-KJM**<br><br>**PLAINTIFF'S REQUEST AND ~~PROPOSED~~ ORDER RE REQUEST TO WITHDRAW NOTICE OF SETTLEMENT** |

Plaintiff, Scott N. Johnson, hereby requests the Court to withdraw the notice of settlement filed November 3, 2008. The Plaintiff personally met with Defendant, Kenneth R. Vowell, and came to an oral settlement agreement which the Plaintiff then provided to the Defendant in the form of a settlement agreement and release. The Plaintiff was repeatedly informed by the Defendant that he would sign, date and return the settlement agreement; however, this has never materialized.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST TO WITHDRAW NOTICE OF SETTLEMENT

CIV: S-08-cv-02132-WBS-KJM - 1

Dated:  August 27, 2009                    /s/Scott N. Johnson
                                           Scott N. Johnson,
                                           Attorney for Plaintiff


**ORDER**

   IT IS HEREBY ORDERED THAT the notice of settlement filed November 3, 2008 be and is hereby WITHDRAWN.  The Scheduling Conference shall remain set for October 5, 2009 at 2:00 p.m.  A Joint Status Report shall be filed no later than September 21, 2009.

                           Date:  August 28, 2009

                           WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE