SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>David M. Zive, et al,<br><br>Defendants | Case No.: CIV.S 08-cv-02132-WBS-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DAVID M. ZIVE AND** ~~*Proposed*~~ **ORDER**<br><br>Complaint Filed:  SEPTEMBER 11, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (David M. Zive) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.

Dated: September 18, 2009             /s/Scott N. Johnson_____
                                      SCOTT N. JOHNSON
                                      Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                      CIV: S-08-02132-WBS-KJM

1  **IT IS SO ORDERED**.

3  Dated:   September 18, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE